# United States Court of Appeals

## For the Eighth Circuit

_____

No. 16-1999

_____

Trista Jones

*Plaintiff - Appellant*

v.

RK Enterprises of Blytheville, Inc.; Jahid Rahman; Mahmuda Rahman

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Jonesboro

_____

Submitted: December 22, 2016
Filed: December 28, 2016
[Unpublished]

_____

Before SMITH, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

In this appeal following a remand, see Trista Jones v. RK Enterprises of
Blytheville, Inc., 632 Fed. Appx. 306 (8th Cir. 2016) (unpublished per curiam), Trista

Jones appeals from an order of the district court[1] granting a reduced award of attorney's fees. We conclude the district court properly determined the attorney's fee award in accordance with the lodestar approach and <u>Hensley v. Eckerhart</u>, 461 U.S. 424, 433-34 (1983). We also conclude the court was within its discretion in reducing the award based on the limited success achieved. <u>See</u> <u>H.J. Inc. v. Flygt Corp.</u>, 925 F.2d 257, 260-61 (8th Cir. 1991). Finally, Jones is not entitled to fees for this appeal as she is not a prevailing party. <u>Cf.</u> 8th Cir. R. 47C.

The judgment of the district court is affirmed. <u>See</u> 8th Cir. R. 47B.

_____

[1]The Honorable Billy Roy Wilson, United States District Judge for the Eastern District of Arkansas.